**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWRENCE J. HOFFART and SANDRA M. HOFFART,    ) | NO. CV 12-10465-E |
| Plaintiffs,    ) | |
| v.    ) | **JUDGMENT** |
| WASHINGTON MUTUAL BANK, NATIONAL ASSOCIATION, a domestic corporation,    ) | |
| Defendant.    ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____5/13_____, 2013.

_____
UNITED STATES DISTRICT JUDGE